No. 17–0233/AR. U.S. v. Nija D. Jones. CCA 20150189. Appellant's motion to supplement the record granted.

No. 17–0306/AF. U.S. v. Joseph A. Pugh. CCA 2016–11. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 12, 2017.

No. 17–0072/AR. U.S. v. Ojay R. Woods, Jr. CCA 20150016. Appellant's petition for reconsideration of the order issued by the Court on January 23, 2017 is hereby denied.

Tuesday, March 28, 2017

No. 17–0315/AF. Jeremy E. Hassett v. United States. CCA 201600118. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.